280 U.S. 543
 50 S.Ct. 36
 74 L.Ed. 603
 The BECKER STEAMSHIP COMPANY, petitioner,
v.
William SNYDER, etc.*
 No. 334.
 Supreme Court of the United States
 October 21, 1929
 
 Mr. Frederick L. Leckie, of Cleveland, Ohio, for petitioner.
 Mr. Luther Day, of Cleveland, Ohio, for respondent.
 
 
 1
 Petition for writ of certiorari to the Court of Appeals of the State of Ohio granted.
 
 
 
 *
 For dismissal, see 280 U. S. 615, 50 S. Ct. 152 74 L. Ed. —-.